JAMES MASSI, Respondent, *v.* ALBEN BUILDERS, INC., et al.; Appellants; UNITED HOISTING Co., INC., Respondent, et al., Defendants.

Argued October 17, 1946; decided November 27, 1946.

*Clarence S. Zipp, Frederick Mellor* and *Meyer Levy* for Alben Builders, Inc., appellant.

*George J. Stacy, William S. Sinclair* and *Joseph Kane* for Abraham Schechtman, appellant.

*Isidor Enselman, Sylvester J. Garamella* and *Gustave G. Rosenberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.